**Martha G. Bronitsky**
Chapter 13 Standing Trustee
United States Bankruptcy Court

---

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

July 20, 2016

US DEPARTMENT OF EDUCATION                    # FIRST
PO BOX 530260                                                 # NOTICE
ATLANTA, GA30353

Chapter 13 Case No.: 11-47095-CN13
Re: Ray Eugene Pena & Catherine Mcelroy Pena

We received a notification that the address for claim #16 filed by US DEPARTMENT OF EDUCATION, is no longer valid or has changed.

We have no authority to send payments to a different address, or send payments to a non-creditor absent a court order.  Any change of address or transfer of claim **MUST** be filed with the Bankruptcy Court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca  94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim.  When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Patrick L Forte Atty, 1624 Franklin St #911, Oakland, CA 94612

Ray Eugene Pena & Catherine Mcelroy Pena, Po Box 1328, Alamo, CA 94507

Us Department Of Education, Direct Loan Servicing Center, Po Box 5609, Greenville, TX 754035609

Us Department Of Education, Po Box 530260, Atlanta, GA 303530260

Us Dept Of Education, Po Box 5609, Greenville, TX 754035609

US DEPT OF EDUCATION , PO BOX 530229, ATLANTA GA 30353-0229