

```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed October 28, 2016

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No: 11-47095 CN** |
| **RAY EUGENE PENA and CATHERINE MCELROY PENA,** | **Chapter 13** |
| Debtors. | ORDER REOPENING CASE AND WAIVING REOPENING FEE |
| _____/ | |

The Court having considered the Debtors' Ex-Parte Motion to Reopen Case and Waiving Reopening Fee and good cause appearing;

**IT IS ORDERED** that the above captioned case be reopened, the reopening fee be waived, and that the order discharging Chapter 13 trustee be vacated.

***END OF ORDER***

**COURT SERVICE LIST**

'No physical service required'